IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

R&R EXPRESS, INC.,

    Plaintiff,                                13cv1032

                                           **ELECTRONICALLY FILED**

    v.

AMERICAN FAST FREIGHT, INC.,

    Defendant.

## Order of Court

And now, this 23rd day of August, 2013, it is HEBERY ORDERED that Plaintiff's Motion to Remand is GRANTED, after reviewing said motions (doc. no. 8) and response thereto, (indicating Defendant's consent thereto) (doc. no. 11).  IT IS FURTHER ORDERED that Plaintiff's motion for attorney's fees (doc. no. 8) is DENIED.

Defendant's motion to dismiss (doc. no. 5) is DENIED AS MOOT, without prejudice to raise the issues in the state court, who maintains proper jurisdiction over this matter.

The Clerk shall mark the docket close.  This case is remanded to the Allegheny County Court of Common Pleas, FORTHWITH.

                                                       s/ Arthur J. Schwab
                                                       Arthur J. Schwab
                                                       United States District Court Judge

cc:    All Registered ECF Counsel